JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUGO EDGARDO TORRES AQUINO,<br>Petitioner,<br>v.<br>WARDEN, ETC., ET AL.,<br>Respondents. | No. ED CV 26-4314-E<br><br>JUDGMENT |

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part and Respondents must release Petitioner (A# 074-822-864) immediately, subject to appropriate conditions.

DATED: August 12, 2026

CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE